UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.

FILED BY _____ D.C.

JUN 22 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

STEPHEN DANIEL LEONARD             }
      Plaintiff                        }
      V.                               }
                                       }
SUNTEX MARINA'S INVESTORS, Inc. LLC. }
JOHNNY POWERS, C.E.O.,               }
BRYAN REDMOND, President,            }
LAURA GILHAM, V.P. Human Resources   }
BILL GALLOWAY, General Manager       }
KRISTEN GALLOWAY, Director of Operations }
      Defendant's                      }

## COMPLAINT

## UNDER EQUAL EMPLOYMENT OPPORTUNITY ACT

## 42 U.S.C. § 2000(e)

### I. PETITIONER

Stephen Daniel Leonard: 945 5th Street Miami Beach, Florida 33139

V.

### II. DEFENDANT'S

Suntex Marina's Investors, Inc., LLC., 17330 Preston Road, Suite #220A Dallas, Texas 75252

Johnny Powers: Suntex C.E.O., 17330 Preston Road, Suite #220A Dallas, Texas 75252

1

Bryan Redmond: Suntex President, 17330 Preston Road, Suite #220A Dallas, Texas 75252

Laura Gilham, Suntex Vice President of Human Resources, 17330 Preston Road, Suite #220A Dallas, Texas 75252

Bill Galloway: Suntex General Manager, 300 Alton Road #8983 Miami Beach, Florida 33139

Kristen Galloway, Suntex Director of Operations, 300 Alton Road #8983 Miami Beach, Florida 33139

## III. JURISDICTION

This court has jurisdiction to hear this case under Title VII of the Civil Rights Act of 1964 (Title VII) and Title 42 U.S.C.§ 2000(e).

## IV. FACTS

*On or about May 18, 2020, Stephen Daniel Leonard; (hereafter referred to as Pet.) learned that a maintenance associate was going to prison for 3 years, on or about June 09, 2020, and went into the Miami Beach office of Suntex Marina's Investors, Inc., (hereafter referred to as Suntex) and spoke to General Manager; Bill Galloway; (hereafter referred to as Def. B. Galloway), about the maintenance associate job opening that was coming available at the Suntex in Miami Beach, Fla. Defendant B. Galloway met with Pet. And gave Pet. the cellular telephone number to the Director of Operations at Suntex in Miami Beach; Kirsten Galloway; (hereafter referred to as Def, K, Galloway), and instructed Pet, to call her at the beginning of June, 2020.

*On June 03, 2020, Pet. Called Def. K. Galloway about the job opening and was told to fill out an online application. Pet. Filled out the online application as asked.

*On June 05, 2020, Suntex Human Resources; located at 17330 Preston Road, Suite #220A Dallas, Texas 75252, offered Pet. the full-time position as a maintenance associate at the Miami Beach Marina.

(See Exhibit A, 06/05/2020 Employment Offer)

*On June 10, 2020, Pet. accepted, signed and returned the Suntex Maintenance Associate job offer at an annual basis of $26,000.00.

*On or about June 12, 2020, after petitioner accepted the job offer, Suntex sent Pet. to a third party agency in order to conduct a background report.

*On June 17, 2020, Pet, contacted Def. K. Galloway via email to inform her of litigation involving Pet. 2016 conviction and sentence, and also sent an SMS (Text message) concerning the start date. Def, K. Galloway responded via SMS informing Pet.; in general, that he was not eligible for employment due to his criminal background, (Paraphrasing).

Pet. then sent an email to both Def.'s; B. Galloway and K. Galloway, complaining of discrimination and filed a Notice of Intent to sue under 42 U.S.C. 2000(e) with Suntex Marina's Investors, Inc. LLC.

*On June 18, 2020, Pet. contacted the C.E.O. of Suntex Johnny Powers; (hereafter referred to as Def. Powers), and Suntex President Bryan Redmond; (hereafter referred to as Def. Redmond).

Pet. was then contacted by Suntex Vice President of Human Resources; Laura Gilham, (hereafter referred to as Def. Gilham), whom informed Pet. to have the attorney contact her.

*On June 19, 2020, Def. Gilham informed Pet. to send all legal documents to her on behalf of the Suntex Defendants.

## V. RELIEF

Petitioner seeks a trial by jury, and compensatory damages in the amount of $52,000.00, plus all court costs, fees and expenses related to this litigation.

Dated: 06/22/2020

Respectfully Submitted,

STEPHEN DANIEL LEONARD
945 5th Street
Miami Beach, Florida 33139
constitutionalest@live.com
(305) 316-7486

X_____

3