# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

FILED BY ____AP____ D.C.

**Oct 6, 2020**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

October 06, 2020

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 20-12613-DD
Case Style: Stephen Leonard v. Suntex Marina's Investors, Inc, et al
District Court Docket No: 1:20-cv-22588-KMW

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or appendix, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on 09/22/2020.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Bradly Wallace Holland, DD
Phone #: 404-335-6181

Enclosure(s)

DIS-2CIV Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 20-12613-DD

_____

STEPHEN DANIEL LEONARD,

                                                                           Plaintiff - Appellant,

versus

SUNTEX MARINA'S INVESTORS, INC. LLC,
JOHNNY POWERS,
Suntex C.E.O.,
BRYAN REDMOND,
Suntex President,
LAURA GILHAM,
Suntex Vice President of Human Resources,
KRISTEN GALLOWAY,
Suntex Director of Operations, et al.,

                                                                           Defendants - Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R. 42-2(c), this appeal is DISMISSED for want of prosecution because the appellant Stephen Daniel Leonard failed to file an appendix within the time fixed by the rules, effective October 06, 2020.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by: Bradly Wallace Holland, DD, Deputy Clerk

                                                                                             FOR THE COURT - BY DIRECTION